UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOUGLAS CASSARD (#437528)

VERSUS

DONOVAN DUPUY, ET AL.

CIVIL ACTION

NO. 15-457-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr., dated October 19, 2015 (doc. no. 8). The plaintiff filed an objection to the report and essentially makes the same arguments which have been duly addressed by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and the plaintiff's action is DISMISSED, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 18th day of November, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA